IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEAL JOHN TIBBS,

    Petitioner,        No. CIV S-05-2334 LKK KJM P

    vs.

D. ADAMS, Warden, et al.,

    Respondents.        <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file and serve an opposition to respondent's June 28, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 17, 2006 request for an extension of time is granted; and

    2. Petitioner shall file and serve an opposition to respondent's June 28, 2006 motion to dismiss on or before August 15, 2006.

DATED: July 20, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

/mp
tibb2334.111