```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone:  (916) 498-5700

 5  Attorneys for Petitioner
    NEAL JOHN TIBBS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL JOHN TIBBS, | ) |
| | ) No. CIV S-05-2334 LKK KJM |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| D. ADAMS, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that KRISTA HART, shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.  The Status Conference is moved to April 4, 2007.  The Status Report is to be filed by March 21, 2007.

Dated: February 15, 2007.

U.S. MAGISTRATE JUDGE