```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Neal Tibbs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL TIBBS,                        ) | No. Civ.S. 05-2334 LKK KJM P |
|                                    ) | |
|         Petitioner,                ) | |
|                                    ) | **STIPULATION AND ORDER** |
|     v.                             ) | |
|                                    ) | |
| D. ADAMS, Warden,                  ) | |
|                                    ) | |
|         Respondent.                ) | |
| _____    ) | |

Petitioner Neal John Tibbs, by and through counsel Krista Hart and respondent, D. Adams, by and through counsel Deputy Attorney General David Eldridge, hereby stipulate and agree that the status conference currently set for April 4, 2007, be vacated and reset for April 25, 2007.

Petitioner is a state prisoner with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 29, 2007, this Court appointed the Office of the Federal Defender to represent petitioner.  On February 15, 2007, this Court granted the Federal Defender's request to substitute the undersigned as counsel of record for petitioner.

/////

/////

1    The matter is currently set for a status conference on April 4, 2007, with a status report due today, March 21, 2007.  The undersigned, along with opposing counsel David Eldridge, request that the hearing date set for April 4, 2007, be reset to April 25, 2007.  The parties further request that a status report be due on April 11, 2007.

     The undersigned was appointed on February 15, 2007.  At this time it does not appear that discovery is an issue.  However, there is a need for further investigation.  Since appointed defense counsel has obtained the files and records from the court file.  Petitioner's former counsel George Robertson, is not available; he is no longer at the address or phone number list on the state bar's website.  The undersigned is informed and believe that petitioner's sister, Laura Tibbs, has some of petitioner's file; she lives in Nebraska and will be in the Sacramento area on March 27, 2007.  Defense is further informed and believe that Ms. Tibbs worked for the former attorney and that some of petitioner's files remain in the office.  She is willing to assist in obtaining the records.  Defense counsel has retained the services of a private investigator to assist in gathering the necessary records and files.

     Finally, the California Department of Corrections only allows legal visits on Fridays - therefore, due to scheduling conflicts the only Friday available to meet with the client is March 30, 2007.  Defense counsel and the investigator will meet with petitioner on that date.

     For the above mentioned reasons, it appears that additional time is necessary to assess the case and to prepare for the status conference.

2

1 | DATED: April 2, 2007

2 |                      _/s/ Krista Hart_
                     Attorney for Petitioner
3 |                      Neal Tibbs

4 | DATED: April 2, 2007    EDMUND G. BROWN
                     Attorney General of California

6 |                      _/s/ David Eldridge_
                     Deputy Attorney General
7 |                      Attorney for Respondent
                     D. Adams, Warden

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS ORDERED that the status conference is reset for May 9, 2007.**

DATED: April 2, 2007.

_____
U.S. MAGISTRATE JUDGE

3