KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Neal Tibbs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL TIBBS, | No. Civ.S. 05-2334 LKK KJM P |
| Petitioner, | |
| v. | **STIPULATION AND ORDER** |
| D. ADAMS, Warden, | |
| Respondent. | |

Petitioner Neal John Tibbs, by and through counsel Krista Hart and respondent, D. Adams, by and through counsel Deputy Attorney General David Eldridge, hereby stipulate and agree that the status conference currently set for May 9, 2007, be vacated and reset for June 13, 2007.

Petitioner is a state prisoner with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 29, 2007, this Court appointed the Office of the Federal Defender to represent petitioner.  On February 15, 2007, this Court granted the Federal Defender's request to substitute the undersigned as counsel of record for petitioner.

This is the second request for additional time to prepare for the status conference.  The matter is currently set for a status conference on May 9, 2007, with a status report due today, April 25,

1  2007.  The undersigned, along with opposing counsel David Eldridge,
2  request that the hearing date set for May 9, 2007, be vacated and
3  reset for June 13, 2007.  The parties further request that a status
4  report be due on May 29, 2007.

5       The undersigned was appointed on February 15, 2007.  At this
6  time it does not appear that discovery is an issue.  However, there
7  is a need for further investigation.  Since the last request for
8  additional time, counsel has met with petitioner at Corcoran State
9  Prison and has obtained additional records from petitioner.
10 Petitioner's counsel has also met with petitioner's sister and
11 obtained additional material from her.  Petitioner is in the process
12 of obtaining the final records necessary to proceed with this case.

13      At this point, petitioner believes that an evidentiary hearing
14 will be necessary to settle factual issues, respondent disagrees.

15      For the above mentioned reasons, it appears that additional time
16 is necessary to assess the case and to prepare for the status
17 conference.

18 DATED: May 9, 2007

19                              /s/ Krista Hart
                                Attorney for Petitioner
20                              Neal Tibbs

21

22 DATED: May 9, 2007      EDMUND G. BROWN
                           Attorney General of California
23

24                              /s/ David Eldridge
                                Deputy Attorney General
25                              Attorney for Respondent
                                D. Adams, Warden
26

27

28

                                    2

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: May 9, 2007.

_____
U.S. MAGISTRATE JUDGE