KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Neal Tibbs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL TIBBS, | No. Civ.S. 05-2334 LKK KJM P |
| Petitioner, | **STIPULATION AND ORDER** |
| v. | |
| D. ADAMS, Warden, | |
| Respondent. | |

Petitioner Neal John Tibbs, by and through counsel Krista Hart and respondent, D. Adams, by and through counsel Deputy Attorney General David Eldridge, hereby stipulate and agree that the status conference currently set for June 13, 2007, be vacated and reset for August 22, 2007.

Petitioner is a state prisoner with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 29, 2007, this Court appointed the Office of the Federal Defender to represent petitioner.  On February 15, 2007, this Court granted the Federal Defender's request to substitute the undersigned as counsel of record for petitioner.

This is the third request for additional time to prepare for the status conference.  The matter is currently set for a status conference on June 13, 2007, with a status report due today, May 29,

1  2007.  The undersigned, along with opposing counsel David Eldridge,
2  request that the hearing date set for June 13, be vacated and reset
3  for August 22, 2007.  The parties further request that a status
4  report be due on August 8, 2007.

5  The undersigned was appointed on February 15, 2007.  At this
6  time it does not appear that discovery is an issue.  However, there
7  is a need for further investigation.  Counsel for petitioner met with
8  petitioner at Corcoran State Prison and obtained additional records
9  from petitioner.  Petitioner's counsel also met with petitioner's
10 sister and obtained additional material from her.  Petitioner's
11 counsel has reviewed a majority of the records, but need additional
12 time to complete the review.  Additionally, petitioner is in the
13 process of obtaining additional records necessary to proceed with
14 this case.

15 At this point, petitioner believes that an evidentiary hearing
16 will be necessary to settle factual issues, respondent disagrees and
17 is of the present opinion that this should be the final extension.

18 For the above mentioned reasons, it appears that additional time
19 is necessary to assess the case and to prepare for the status
20 conference.

21 DATED: June 1, 2007
                                    _/s/ Krista Hart_____
22                                  Attorney for Petitioner
                                    Neal Tibbs
23

24
   DATED: June 1, 2007             EDMUND G. BROWN
25                                 Attorney General of California

26
                                    _/s/ David Eldridge_____
27                                 Deputy Attorney General
                                   Attorney for Respondent
28                                 D. Adams, Warden

2

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:   June 1, 2007.

_____
U.S. MAGISTRATE JUDGE