```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Neal Tibbs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL TIBBS, | No. Civ.S. 05-2334 LKK KJM P |
| Petitioner, | |
| v. | **STIPULATION AND ORDER** |
| D. ADAMS, Warden, | |
| Respondent. | |

Petitioner Neal John Tibbs, by and through counsel Krista Hart and respondent, D. Adams, by and through counsel Deputy Attorney General David Eldridge, hereby stipulate and agree that the status conference currently set for August 22, 2007, be vacated and reset for October 17, 2007.

Petitioner is a state prisoner with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 29, 2007, this Court appointed the Office of the Federal Defender to represent petitioner.  On February 15, 2007, this Court granted the Federal Defender's request to substitute the undersigned as counsel of record for petitioner.

This is the fourth request for additional time to prepare for the status conference.  The matter is currently set for a status

1  conference on August 22, 2007, with a status report due today, August
2  8, 2007.  The undersigned, along with opposing counsel David
3  Eldridge, request that the hearing date set for August 22, be vacated
4  and reset for October 17, 2007.  The parties further request that a
5  status report be due on September 26, 2007.
6       The undersigned was appointed on February 15, 2007.  At this
7  time it does not appear that discovery is an issue.  However, there
8  is a need for further investigation.  Counsel for petitioner met with
9  petitioner at Corcoran State Prison and obtained additional records
10 from petitioner.  Petitioner's counsel also met with petitioner's
11 sister and obtained additional material from her.  Petitioner is
12 conducting further investigation.
13      At this point, petitioner believes that an evidentiary hearing
14 will be necessary to settle factual issues, respondent disagrees.
15 Additionally, respondent is of the present opinion that this should
16 be the final extension.
17      For the above mentioned reasons, it appears that additional time
18 is necessary to assess the case and to prepare for the status
19 conference.

DATED: August 16, 2007

                                          */s/ Krista Hart*
                                         Attorney for Petitioner
                                         Neal Tibbs

DATED: August 16, 2007        EDMUND G. BROWN
                                         Attorney General of California

                                         */s/ David Eldridge*
                                         Deputy Attorney General
                                         Attorney for Respondent
                                         D. Adams, Warden

1
2
3                                    **O R D E R**
4
**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
5
6
DATED:  August 16, 2007.
7
8                                    _____
                                     U.S. MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28