KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Neal Tibbs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEAL TIBBS,                       ) No. Civ.S. 05-2334 LKK KJM P
                                  )
          Petitioner,             )
                                  ) **STIPULATION AND ORDER**
     v.                           )
                                  )
D. ADAMS, Warden,                 )
                                  )
          Respondent.             )
_____   )

Petitioner Neal John Tibbs, by and through counsel Krista Hart and respondent, D. Adams, by and through counsel Deputy Attorney General David Eldridge, hereby stipulate and agree that the status conference currently set for October 17, 2007, be vacated and reset for October 24, 2007.

Petitioner is a state prisoner with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 29, 2007, this Court appointed the Office of the Federal Defender to represent petitioner.  On February 15, 2007, this Court granted the Federal Defender's request to substitute the undersigned as counsel of record for petitioner.

This is the fourth request for additional time to prepare for the status conference.  The matter is currently set for a status

conference on August 22, 2007, with a status report due today, August 8, 2007. The undersigned, along with opposing counsel David Eldridge, request that the hearing date set for October 17, be vacated and reset for October 24, 2007. The parties further request that a status report be due on October 3, 2007.

The undersigned was appointed on February 15, 2007. At this time it does not appear that discovery is an issue. However, there is a need for further investigation. Counsel for petitioner met with petitioner at Corcoran State Prison and obtained additional records from petitioner. Petitioner's counsel also met with petitioner's sister and obtained additional material from her. Petitioner is conducting further investigation.

At this point, petitioner believes that an evidentiary hearing will be necessary to settle factual issues, respondent disagrees. Respondent does not object to the additional week, but is of the present opinion that this should be the final extension.

For the above mentioned reasons, it appears that additional time is necessary to assess the case and to prepare for the status conference.

DATED: October 2, 2007

    /s/ Krista Hart  
Attorney for Petitioner  
Neal Tibbs

DATED: October 2, 2007    EDMUND G. BROWN  
Attorney General of California

    /s/ David Eldridge  
Deputy Attorney General  
Attorney for Respondent  
D. Adams, Warden

2

1
2                              **O R D E R**
3
4  **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
5  DATED: October 2, 2007.
6                                      _____
7                                      U.S. MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28