KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Neal Tibbs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL TIBBS, | No. Civ.S. 05-2334 LKK KJM P |
| Petitioner, | |
| v. | **STIPULATION AND ORDER** |
| D. ADAMS, Warden, | |
| Respondent. | |

Petitioner Neal John Tibbs, by and through counsel Krista Hart and respondent, D. Adams, by and through counsel Deputy Attorney General David Eldridge, hereby stipulate and agree that the status conference currently set for October 24, 2007, be vacated and reset for December 5, 2007.

Petitioner is a state prisoner with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 29, 2007, this Court appointed the Office of the Federal Defender to represent petitioner.  On February 15, 2007, this Court granted the Federal Defender's request to substitute the undersigned as counsel of record for petitioner.

This is the fourth request for additional time to prepare for the status conference.  The matter is currently set for a status

1  conference on October 24, 2007, and a status report was due on
2  October 3, 2007.  The undersigned, along with opposing counsel David
3  Eldridge, request that the hearing date set for October 24, 2007, be
4  vacated and reset for December 5, 2007.  The parties further request
5  that a status report be due on November 21, 2007.

6      The undersigned was appointed on February 15, 2007.  At this
7  time it does not appear that discovery is an issue.  However, there
8  is a need for further investigation.  Since the last request for
9  additional time, counsel has met with petitioner at Corcoran State
10 Prison and has obtained additional records from petitioner.
11 Petitioner's counsel has also met with petitioner's sister and
12 obtained additional material from her.  Petitioner has secured the
13 services of an expert; the expert met with petitioner in Corcoran
14 Prison on September 26, 2007.  The additional time is necessary for
15 counsel to meet with the expert and discuss petitioner and the case.

16     At this point, petitioner believes that an evidentiary hearing
17 will be necessary to settle factual issues, respondent disagrees.

18     For the above mentioned reasons, it appears that additional time
19 is necessary to assess the case and to prepare for the status
20 conference.

21 DATED: October 22, 2007

22                                                                       /s/ Krista Hart_____
                                                                      Attorney for Petitioner
23                                                                       Neal Tibbs

24

25 DATED: October 22, 2007         EDMUND G. BROWN
                                                                       Attorney General of California

26
                                                                      /s/ David Eldridge_____
27                                                                       Deputy Attorney General
                                                                      Attorney for Respondent
28                                                                       D. Adams, Warden

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: October 22, 2007.

_____
U.S. MAGISTRATE JUDGE