```
 1  KRISTA HART
    Attorney at Law
 2  State Bar #199650
    428 J Street, Suite 350
 3  Sacramento, California  95814
    Telephone: (916) 498-8398
 4
    Attorney for Petitioner
 5  Neal Tibbs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL TIBBS,                         ) | No. Civ.S. 05-2334 LKK KJM P |
|              Petitioner,            ) | **STIPULATION AND ORDER** |
|       v.                            ) | |
| D. ADAMS, Warden,                   ) | |
|              Respondent.            ) | |
| _____) | |

Petitioner Neal John Tibbs, by and through counsel Krista Hart and respondent, D. Adams, by and through counsel Deputy Attorney General David Eldridge, hereby stipulate and agree that the status conference currently set for December 5, 2007, be vacated and reset for January 23, 2008.

Petitioner is a state prisoner with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 29, 2007, this Court appointed the Office of the Federal Defender to represent petitioner.  On February 15, 2007, this Court granted the Federal Defender's request to substitute the undersigned as counsel of record for petitioner.

This is the fourth request for additional time to prepare for the status conference.  The matter is currently set for a status

1  conference on December 5, 2007.  The undersigned, along with opposing
2  counsel David Eldridge, request that the hearing date set for
3  December 5, 2007, be vacated and reset for January 23, 2008.  The
4  parties further request that a status report be due on January 9,
5  2008.
6       The undersigned was appointed on February 15, 2007.  At this
7  time it does not appear that discovery is an issue.  However, there
8  is a need for further investigation and legal research.  Counsel has
9  met with petitioner at Corcoran State Prison and has obtained
10 substantial records from petitioner.  Petitioner's counsel has also
11 met with petitioner's sister and obtained additional material from
12 her.  Petitioner is in the process of obtaining the final records
13 necessary to proceed with this case.
14      At this point, petitioner believes that an evidentiary hearing
15 will be necessary to settle factual issues, respondent disagrees.
16      For the above mentioned reasons, it appears that additional time
17 is necessary to assess the case and to prepare for the status
18 conference.
19 DATED: December 4, 2007

20                                  */s/ Krista Hart*
                                    Attorney for Petitioner
21                                  Neal Tibbs

22

23 DATED: December 4, 2007          EDMUND G. BROWN
                                    Attorney General of California
24

25                                  */s/ David Eldridge*
                                    Deputy Attorney General
26                                  Attorney for Respondent
                                    D. Adams, Warden
27

28

2

1
2
**O R D E R**

3
4   **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**  No further extensions will
5   be granted.

6   DATED: December 4, 2007.

7
8
9   _____
       U.S. MAGISTRATE JUDGE
10
...
28

3