IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEAL JOHN TIBBS,

    Petitioner,               No. CIV S-05-2334 LKK KJM P

    vs.

D. ADAMS, Warden,

    Respondent.           ORDER

_____/

        This matter was on calendar on January 23, 2008 for status. Krista Hart, Esq. appeared for petitioner, who was not present; David Andrew Eldridge, Deputy Attorney General, appeared for respondent.

        The court sets the following schedule: Petitioner's supplemental brief is due February 22, 2008; respondent's supplemental brief is due March 7, 2008. The case is set for argument and further status on March 12, 2008 at 10:00 a.m. An evidentiary hearing on the issue of equitable tolling is set for April 14, 2008 at 10:00 a.m.

        IT IS SO ORDERED.

DATED: February 5, 2008.

_____
U.S. MAGISTRATE JUDGE

2/tibbs2334.oah

1