IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEAL JOHN TIBBS,

       Petitioner,               No. CIV S-05-2334 LKK KJM P

    vs.

D. ADAMS, Warden,

       Respondent.        ORDER

_____/

       An evidentiary hearing was held on April 14, 2008.  Krista Hart, Esq. appeared for petitioner, who was present; David Andrew Eldridge and Laura Simpton, Deputies Attorney General, appeared for respondent.

       The court sets the following schedule:

       1.  By April 25, 2008,  Dr. Geiger shall provide to respondent's counsel the materials upon which her expert opinion is based and also identify, by letter, those materials she is not releasing.  Any motion to compel should be filed by May 2; opposition shall be filed by May 9 and reply by May 15.  The matter will be submitted on the papers unless counsel desires argument, in which case counsel shall arrange a date for argument by contacting the courtroom deputy.

/////

1

1    2.   The parties are directed to expand the record with the following materials: the

2  complete record of the habeas proceedings in San Joaquin County case number SF 076475A and

3  the complete record of the habeas proceedings in Court of Appeal case number C044947.  These

4  should be filed by April 28, 2008.

5    3.   The transcript will be filed by April 28, 2008.  Petitioner's opening brief is due

6  twenty days after the transcript is filed; respondent's brief is due twenty days after petitioner's

7  brief is filed; and petitioner's closing brief is due ten days thereafter.

8    IT IS SO ORDERED.

9  DATED:  April 22, 2008.

10

11    _____
                                U.S. MAGISTRATE JUDGE
12
   2/tibbs2334.oah-ev.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                  2