IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEAL JOHN TIBBS,

       Petitioner,                    No. CIV S-05-2334 LKK KJM P

    vs.

D. ADAMS, Warden, et al.,

       Respondents.              <u>ORDER</u>

_____/

       On the parties stipulation, the post-hearing briefing schedule is modified as follows:

       Petitioner's opening brief is due within twenty days of the resolution of the motion to compel; respondent's brief is due twenty days after petitioner's brief is filed; petitioner's optional reply brief is due ten days thereafter.

       IT IS SO ORDERED.

DATED: May 20, 2008.

                                      _____
                                      U.S. MAGISTRATE JUDGE

2
tibbs2334.eot