1    KRISTA HART
     Attorney at Law
2    State Bar #199650
     428 J Street, Suite 350
3    Sacramento, California  95814
     Telephone: (916) 498-8398
4
     Attorney for Petitioner
5    Neal Tibbs

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   NEAL TIBBS,                          )   No. Civ.S. 05-2334 LKK KJM P
                                          )
11             Petitioner,                )
                                          )   REQUEST FOR ADDITIONAL TIME
12        v.                              )   FOR BRIEFING
                                          )
13   D. ADAMS, Warden,                    )
                                          )
14             Respondent.                )
     ———————————————————————              )
15

16        Petitioner Neal Tibbs, by and through counsel Krista Hart, requests additional time to

17   file the supplemental brief following the evidentiary hearing.  Petitioner requests up to and

18   including August 14, 2008.

19        On May 20, 2008, this Court ordered petitioner's brief due 20 days after the resolution

20   of the discovery motion, respondent's brief due 20 days after that and petitioner's optional

21   reply brief due 10 days thereafter.  The Court resolved the discovery motion on June 25, 2008,

22   making petitioner's brief due today, July 15, 2008.  Counsel for petitioner needs additional

23   time to prepare the brief.  During the past 20 days counsel for petitioner was appointed to

24   represent two grand jury witnesses which developed into much larger cases than anticipated

25   and prepared for and did a complex sentencing hearing in state court among other things.  The

26   undersigned needs the additional time to conduct the necessary legal research and to prepare

27   the brief.

28   /////

                                            1

1   During e-mail communications with respondent concerning the request for additional

2   time, petitioner learned Dr. Laura Geiger has not yet complied with the Court's order of June

3   25, 2008.  The undersigned has not had an opportunity to speak with Dr. Geiger to determine

4   whether she intends to comply with the order and has not yet done so, or if her position is to

5   *not* comply with the order.  Counsel for respondent indicated he does not object to the

6   additional time to sort out this issue.

7   Therefore, petitioner requests an additional 30 days up to and including August 14,

8   2008, to file petitioner's brief.  Respondent's brief would be due September 15, 2008, and

9   petitioner's option reply brief due on September 25, 2008.

10   DATED: July 18, 2008

11

12                                   */s/ Krista Hart*
                                    Attorney for Petitioner Neal Tibbs

13

14                                   **ORDER**

15   Good cause appearing it is ordered petitioner's brief is due August 14, 2008,

16   respondent's brief is due September 15, 2008, and petitioner's optional reply brief is due

17   September 25, 2008.

18   DATED:  July 18, 2008.

19

20   _____
     U.S. MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2