IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEAL JOHN TIBBS,

    Petitioner,                  No. CIV S-05-2334 LKK KJM P

    vs.

D. ADAMS, Warden, et al.,         ORDER AND

    Respondents.             ORDER TO SHOW CAUSE

_____/

        On June 25, 2008, an order was filed, granting respondent's motion to compel and directing Dr. Laura A. Geiger, Psy.D. to provide her raw data to counsel for the respondent within seven days of that order.

        On July 18, 2008, Dr. Geiger mailed copies of "the testing protocols and materials" to the court in a sealed envelope. In her cover letter, dated July 17, 2008, Dr. Geiger reiterated her belief that her code of ethics demanded "that testing materials and raw data be evaluated only by authorized individuals. . . ." and maintained that she was "providing these materials under duress." She concluded that it will be the court's determination "to whom they may go." The court has already made that determination, however, and directed Dr. Geiger to comply with its order.

1

By mailing these materials to the court, even in a sealed envelope, rather than to respondent's counsel, Dr. Geiger risked having the materials filed and placed in the public record, as there is no prior order directing that these materials be filed under seal. See L.R. 39-141(a).

Moreover, Dr. Geiger did not respond to the court's order in a timely fashion, and still has not complied with the substance of the order, which directed her to provide the materials to respondent's counsel. The manner in which Dr. Geiger now has responded has burdened the court with the handling of documents not required to be filed at this time.

Accordingly, IT IS THEREFORE ORDERED:

1. The Clerk of the Court is directed to send the sealed envelope of materials labeled "Tibbs, Neal" and accompanied by a letter to the court from Laura Geiger, Psy.D. dated July 17, 2008, to Krista Hart, Esq;

2. Ms. Hart is directed to comply with the court's order of June 25, 2008 (docket no. 58) forthwith and to file a letter or other notice documenting her compliance;

3. Within thirty days of the date of this order, Dr. Laura Geiger, Psy.D. is directed to show cause in writing why she should not be sanctioned for her refusal to comply with the court's order of June 25, 2008 and for the delay in her response to that order. Her written submission should be sent to the court and should reference the case of Tibbs v. Adams, Civ. No. S-05-2334 LKK KJM P in the subject line; and

4. The Clerk of the Court is directed to serve a copy of this order on Dr. Laura Geiger, Psy.D., Collegium Scientifica, LLC, 4938 East Yale Ave., Suite 101, Fresno, California 93727.

DATED: July 22, 2008.

_____
U.S. MAGISTRATE JUDGE

2/tibb2334.osc